IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Morata, Jessie R

Printed: 6/3/08

Case Number: 07 B 15114
Judge: Hollis, Pamela S
Filed: 8/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: June 2, 2008
Confirmed: October 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,645.00 |  |
| Secured: |  | 1,970.55 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,477.62 |
| Trustee Fee: |  | 196.83 |
| Other Funds: |  | 0.00 |
| Totals: | 3,645.00 | 3,645.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 3,274.00 | 1,477.62 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 8,283.97 | 690.35 |
| 4. | HSBC Auto Finance | Secured | 10,544.32 | 1,280.20 |
| 5. | Citi Residential Lending Inc | Secured | 27,540.10 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 7,500.00 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 65.11 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 50.92 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 17.48 | 0.00 |
| 10. | Target National Bank | Unsecured | 33.26 | 0.00 |
| 11. | HSBC Auto Finance | Unsecured | 1,133.87 | 0.00 |
| 12. | Great American Finance Company | Unsecured | 66.26 | 0.00 |
| 13. | Internal Revenue Service | Priority |  | No Claim Filed |
| 14. | Schottler & Associates | Priority |  | No Claim Filed |
| 15. | Elizabeth Morata | Priority |  | No Claim Filed |
| 16. | State of Texas | Priority |  | No Claim Filed |
| 17. | Bluegreen | Unsecured |  | No Claim Filed |
| 18. | Cbe Group | Unsecured |  | No Claim Filed |
| 19. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 20. | CCS | Unsecured |  | No Claim Filed |
|  |  |  | $ 58,509.29 | $ 3,448.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 196.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Morata, Jessie R

Printed: 6/3/08

Case Number: 07 B 15114
Judge: Hollis, Pamela S
Filed: 8/21/07

_____
$ 196.83

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

